**IT IS ORDERED as set forth below:**

**Date: September 27, 2010**

_____
**Robert E. Brizendine**
U.S. Bankruptcy Court Judge

---

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| CLINTON WILDER and | * | |
| CARRIE WILDER, | * | |
| A/K/A CARRIE DEAL WILDER, | * | |
| A/K/A CARRIE DEAL, | * | |
| | * | CASE NO. 09-22893-reb |
| | * | |
| DEBTORS. | * | JUDGE BRIZENDINE |

**ORDER REOPENING CASE AND WAIVING FILING FEE**

The United States Trustee's motion to reopen case no. 09-22893-reb, filed on September 24, 2010, having been read and considered, it is hereby

ORDERED that the United States Trustee's motion is GRANTED and the clerk is directed to reopen case no. 09-22893-reb and to waive the filing fee.

**END OF DOCUMENT**

*Prepared by*:

DONALD F. WALTON
UNITED STATES TRUSTEE
REGION 21

   /s/ David S. Weidenbaum
David S. Weidenbaum, Esquire
Georgia Bar No. 745892
United States Department of Justice
*Office of the United States Trustee*
Suite 362, Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303
404-331-4437, ext. 140
David.s.weidenbaum@usdoj.gov

DISTRIBUTION LIST

Clinton Wilder
375 Log Cabin RD
Demorest, GA 30535

Carrie Wilder
375 Log Cabin RD
Demorest, GA 30535

Harmon T. Smith, Jr.
Law Office of Harmon T. Smith, Jr.
PO Box 1276
380 Green Street
Gainesville, GA 30503

David S. Weidenbaum, Esquire
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

Paul A. Rogers
Buckley King, LPA
950 The Lenox Building
3399 Peachtree Rd.
Atlanta, GA 30326-1120